AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSENBAUM, JAMES M | 2. Court or Organization<br><br>U.S.D.C., D.MINNESOTA | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>300 South 4th St., Suite 15E<br>MINNEAPOLIS, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | The Sedona Conference |
| 2. Board Member | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 9: 47 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | None - Outside of Judicial Pay | $ $154,700 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | State of Minnesota Courts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 3/21 - 3/24, 2006 - ABA EEOC National Conference, LaJolla, CA | Travel Reimbursement - Transportation, Room, and Meals |
| 2. | 4/19/2006 - Ernst & Young Seminar in Chicago, IL | Travel Reimbursement - Transportation, Room and Meals |
| 3. | 4/25 - 5/2, 2006 - USPTO, Kuwait Seminar | Travel Reimbursement - Transportation, Room and Meals |
| 4. | 5/17 - 5/18, 2006 - ABA Forum on Construction Industry - San Diego, CA | Travel Reimbursement - Transportation, Room and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 05/15/2007 |

5. 5/18 - 5/20, 2006 - ALI-ABA Electronic Records Mgmt - Chicago, IL

Travel Reimbursement, Transportation, Room and Meals

6. 5/21 - 5/27, 2006 - National Judicial College, Reno, Nevada

Travel Reimbursement - Transportation, Room and Meals

7. 7/22 - 7/28, 2006 - Rabat, Morocco Seminar - USPTO

Travel Reimbursement, Transportation, Room and Meals

8. 8/4 - 8/7, 2006 - ABA Annual Meeting - Hawaitt

Travel Reimbursement, Transportation, Room and Meals

9. 11/3 - 11/7, 2006 - USPTO - Doha, Qatar

Travel Reimbursement - Transportation, Room and Meals

10.

11.

12.

13.

14.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Honorary Membership | Minneapolis Club | $ 0.0 |
| 2. | value unknown (see attached) | | $ 0.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Checking Plus | J |
| 2. | U.S. Bank | Checking Plus | J |
| 3. | NELNET | Federal Education Loan | K |
| 4. | Mortgage on ▮▮▮▮▮ Plymouth, MN | Non-incoming Producing | M |
| 5. | | | |

## ATTACHMENT

The Minneapolis Club extends honorary, non-voting, memberships to federal judges, among others. Honorary members may use the club on a pay-for-use basis. The Minneapolis Club regards these memberships as being of no value (see attached letter). Full voting membership costs approximately $3,200 per year.



# MINNEAPOLIS CLUB

Minneapolis, Minnesota 55402-2403
Phone (612) 332-2292

DATE: August 8, 1995

TO: Brenda

Judge M. Davis' Office

FAX #: 290-3002

FROM: Hans J. Schaub

Number of pages to follow: 0

MESSAGE: RE: Honorable Michael J. Davis, Judge, United States District Court
In response to your question regarding the membership, there is absolutely
no monetary value connected with this membership. Honorary and Community
memberships are a tradition of long standing at the Minneapolis Club and
have been extended to persons of high political office, the clergy, the courts,
the University, career diplomats and other persons of distinction serving our
community. The club has currently 55 persons in this category.
Please call me if you wish additional information.

Any questions or problems regarding this transmission be
directed to (612) 332-2292. Thank you.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 2. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3. Bell South Common Stock | A | Dividend | J | T | | | | | |
| 4. SBC (became part of AT&T) | A | Dividend | J | T | | | | | |
| 5. Sit Mutual Funds Money Market Fund, Inc. | A | Dividend | J | T | | | | | |
| 6. Bell Atlantic, (Now Verizon) | A | Dividend | J | T | | | | | |
| 7. Sit Mutual Funds IRA (Please see attached) | A | Dividend | K | T | | | | | |
| 8. Sit Mutual Funds IRA (Please see attached) | A | Dividend | L | T | | | | | |
| 9. Lucent | A | Dividend | J | T | | | | | |
| 10. The Select Ten Dow IRA | A | Dividend | J | T | | | | | |
| 11. The Select Ten Dow IRA | A | Dividend | J | T | | | | | |
| 12. MMM Common Stock (IRA) (now Three M) | A | Dividend | J | T | | | | | |
| 13. State of Minnesota Deferred Comp | A | Div. & Int. | K | T | | | | | |
| 14. State of Minnesota (Pension Vested) | | | | | | | | | |
| 15. Comcast (received as distribution from AT&T 9/02 | A | Div. | J | T | | | | | |
| 16. Comcast | A | Dividend | J | T | | | | | |
| 17. Agere (received as distribution from Lucent) | A | Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gander Mountain (IRA) | A | Dividend | J | T | | | | | |
| 19. Agere | | Dividend | J | T | | | | | |
| 20. Verizon | A | Dividend | J | T | | | | | |
| 21. ▮▮▮▮▮▮ non-incoming producing | | None | M | R | | | | | |
| 22. Post retirement Health Care Savings Plan | A | Dividend | K | | | | | | |
| 23. Idealarc - acquired as spinoff of Verizon | | None | | T | Redemption | 11/06 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

7. SIT Large Cap Growth Fund, Inc.    A    Dividend    J    T  JMR
    SIT Small Cap Growth Fund         A    Dividend    J    T

8. SIT Mid Cap Growth Fund, Inc.      A    Dividend    K    T MBR
    SIT Small Cap Growth Fund         A    Dividend    J    T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig_____ Date May 15, 2007

NO_____AL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN_____NCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544